# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

KADYRA REDDICK,

      Plaintiff,

v.                                       Case No: 6:12-cv-189-Orl-36DAB

SWIFT TRANSPORTATION COMPANY, INC.,

      Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on May 14, 2012 (Doc. 25). In the Report and Recommendation, Judge Baker recommends that the Court grant in part the parties' Joint Motion to Approve Settlement (Doc. 24), by approving the settlement and taxing $750 in fees against Defendant Swift Transportation Company, Inc. ("Defendant"). The parties filed a Notice of No Objection to the Report and Recommendation of the Magistrate Judge on May 16, 2012 (Doc. 26). This matter is ripe for review.

The Court is in agreement with the Magistrate Judge that the settlement should be approved and that pursuant to 28 U.S.C. § 1875(d)(2), it is appropriate to tax the Defendant $750. *See* 28 U.S.C. § 1875(d)(2) ("The court may tax a defendant employer, as costs payable to the court, the attorney fees and expenses incurred on behalf of a prevailing employee, where such costs were expended by the court pursuant to paragraph (1) of this subsection."). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 24) is **GRANTED in part**. The Settlement (Doc. 24, Ex. 1) is **APPROVED**. Defendant Swift Transportation Company, Inc. is ordered to pay $750 to the Clerk of Court within fourteen (14) days of this Order.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 17, 2012.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge David A. Baker